# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

SAMUEL & STEIN
Michael Samuel (MS7997)
38 West 32nd Street, Suite 1110
New York, NY 10001
(212) 563-9884
michael@samuelandstein.com

*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 02 2018 ★
BROOKLYN OFFICE

| | |
|---|---|
| Cristobal Mendez Rivera, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>- vs. –<br><br>Lord & J Detailing, and Joabe S. Demelo,<br><br>Defendants. | Case No. 1:17-cv-04664-KAM-SMG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cristobal Mendez and or his counsel(s), hereby give notice that the abovecaptioned action is voluntarily dismissed, without prejudice against the defendant(s) Lord & J Detailing, and Joabe S. Demelo.

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge
Brooklyn, NY
May 2, 2018

/s/ *Michael Samuel*
Michael Samuel, Esq.
**SAMUEL & STEIN**
38 West 32nd St., Ste. 1110
New York, New York 10001
(212) 563-9884
Fax: (212)-563-9870
michael@samuelandstein.com

*Attorneys for Plaintiff*